UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| **FRANK HOLAS,** | ) | Case No. **16-37944** |
| | ) | |
| | ) | |
| | ) | Hon. Timothy A. Barnes |
| Debtor. | ) | |

PLEASE TAKE NOTICE that on **Tuesday, March 21, 2017**, at the hour of **10:00 a.m.**, the United States Trustee for the Northern District of Illinois, by and through his counsel Kathryn Gleason, shall appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in Courtroom 744, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in his place, and shall present and request an immediate hearing on a **MOTION OF THE UNITED STATES TRUSTEE TO EXAMINE FEES PAID TO ATTORNEY PURSUANT TO 11 U.S.C. § 329(b),** a copy of which is attached hereto and is herewith served upon you.

By: /s/ Kathryn Gleason
Kathryn Gleason, Attorney
Office of the U.S. Trustee
219 S. Dearborn Street
Chicago, Illinois 60604
312-886-3327

## CERTIFICATE OF SERVICE

I, Kathryn Gleason, an attorney, state that pursuant to Local Rule 9013-1(D) the above **NOTICE OF MOTION** and the appended **MOTION OF THE UNITED STATES TRUSTEE TO EXAMINE FEES PAID TO ATTORNEY PURSUANT TO 11 U.S.C. § 329(b)** were filed on March 6, 2017, and served on all persons identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent First Class Mail, as indicated, before 5:00 p.m. on March 6, 2017.

/s/ Kathryn Gleason

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice:**

| | |
|---|---|
| Ronald R. Peterson | rpeterson@jenner.com |
| Nikola Duric | duriclaw@att.net |
| Peter C. Bastianen | ND-Three@il.cslegal.com |

**Parties Served via First Class Mail**:

Frank Holas
731 South 11th Avenue
La Grange, IL  60525

Peter C. Bastianen
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL  60527

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| **FRANK HOLAS,** | ) | Case No. **16-37944** |
| | ) | |
| | ) | |
| | ) | Hon. Timothy A. Barnes |
| Debtor. | ) | |

**MOTION OF UNITED STATES TRUSTEE TO EXAMINE FEES
PAID TO ATTORNEY PURSUANT TO 11 U.S.C. § 329(b)**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by his attorney, Kathryn Gleason, and moves this Court, pursuant to 11 U.S.C. Section 329 and Fed. R. Bankr. P. 2017, to examine the fees paid to Nikola Duric ("Debtor's Counsel"), and for other relief.  In support thereof, the U.S. Trustee states as follows:

1.     This is a core proceeding concerning the administration of the estate pursuant to 28 U.S.C. §157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(A) of the United States District Court for the Northern District of Illinois.

2.     On November 30, 2016, Frank Holas (the "Debtor") filed a voluntary petition (the "Petition") for relief under Chapter 7 of the Bankruptcy Code.  A copy of the Petition is attached hereto as *Exhibit A*.

3.     Debtor's Counsel failed to file a list of creditors, Statement of Social Security Number and the Disclosure of Compensation of Attorney for Debtor, pursuant to 11 U.S.C. § 329(b) and Fed.R.Bankr.P. 2016 (the "Statement").  As a result, the Court was unable to set a date for the first Meeting of Creditors.

Concurrent with this motion, the U.S. Trustee filed a Motion to Dismiss for

Failure to File Required Documents Under Section 521 (the "Motion to Dismiss"), alleging that the Debtor failed to file his Certificate of Credit Counseling, Schedules, a Chapter 7 Statement of Your Current Monthly Income and Chapter 7 Means Test Calculation.

4. Considering that Debtor received no benefit from this case, the U.S. Trustee requests that this Court order Debtor's Counsel to return all fees received to date, agree not to accept any further fees, and refund the filing fee for this case.

5. Section 329(a) of the Bankruptcy Code requires any attorney representing a debtor in connection with a bankruptcy case to file a statement of compensation for services rendered in connection with that case. Section 329(b), in turn, authorizes this Court to examine the amount paid to an attorney and, to the extent the amounts paid exceed the reasonable value of the services rendered, this Court can cancel any agreement between the debtor and counsel and order the return of any excessive payment.

**WHEREFORE**, the U.S. Trustee respectfully requests that this Court examine the compensation agreement, services provided and fees paid to Debtor's Counsel pursuant to 11 U.S.C. § 329 and to grant such further relief as this Court deems just.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: March 6, 2017

By: /s/   Kathryn Gleason
Kathryn Gleason, Attorney
Office of the U.S. Trustee
219 S. Dearborn Street
Chicago, Illinois  60604
312-886-3327